1 ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
2 MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
3 San Francisco, CA 94104
Telephone: (415) 392-5431
4 Facsimile: (415) 392-1978

5 Attorneys for Plaintiffs

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE SHEET METAL WORKERS et al.** ) ) ) | NO. C 07 3851 JSW |
| ) Plaintiffs, ) vs. ) ) | **PROPOSED NOTICE OF ENTRY OF DEFAULT** |
| **MCFARLANE & SONS, INC., a California corporation** ) ) ) | |
| Defendant. ) | |

IT IS HEREBY NOTICED that the default of defendant, MCFARLANE & SONS, INC., a California corporation, has been entered by the Clerk of the Court on _____.

Date:_____          Richard W. Wieking, Clerk

                                By: _____
                                       Deputy Clerk

**NOTICE OF ENTRY OF DEFAULT**                    1