**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

September 27, 2007

General Court Number  
415.522.2000

RE: CV 07-03851 JSW    BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA -v- MCFARLANE AND SONS INC.

Default is entered as to McFarlane & Sons, Inc. on September 27, 2007.

RICHARD W. WIEKING, Clerk

byHilary D. Jackson  
Case Systems Administrator

NDC TR-4  Rev. 3/89