```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>MCFARLANE & SONS, INC., a California corporation<br><br>    Defendant. | NO.  C 07 3851 JSW<br><br>EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

   Plaintiffs, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE, hereby apply ex parte for an order to continue the Case Management Conference from November 2, 2007 to January 4, 2007.

   This ex parte application is based upon the Declaration of Attorney Michael J. Carroll filed herewith.

   Dated: October 29, 2007

                                      Respectfully submitted,

                                      ERSKINE & TULLEY

                                      By:/s/ Michael J. Carroll
                                         Michael J. Carroll
                                         Attorneys for Plaintiffs

EX PARTE APPLCTN FOR ORDER TO CONTINUE CASE MGMT CONFERENCE       1