```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br>　　　　　　Plaintiffs, <br><br>　　vs. <br><br>MCFARLANE & SONS, INC., a California corporation <br><br>　　　　　　Defendant. | NO.  C 07 3851 JSW <br><br> DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

　　　　I, MICHAEL J. CARROLL, certify:

　　　　1.　I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiffs, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE, in this action.  I am duly admitted to practice law in the United States District Court, Northern District of California.  If called as a witness, I could and would competently testify as follows:

　　　　2.　Service was accomplished upon the only party in this

1  case on August 10, 2007.  No responsive pleading was filed.

2      3.   On September 27, 2007 the Court entered the default of
3  defendant.

4      4.   It is necessary to take the deposition of defendant's
5  custodian of records.  Plaintiff is the administrator of the Board of
6  Trustees of the Sheet Metal Workers of Northern California Trust Fund
7  ("Trust Fund").  The Trust Fund relies upon a self-reporting system,
8  so only the defendant has the records the Trust Fund needs to
9  determine the amounts due.  Plaintiff has sent Subpoena out to be
10 served on the defendant's custodian of records, Michael J. McFarlane,
11 with a Subpoena in a Civil Case and Notice of Taking of Deposition
12 Including Notice to Produce Documents.  Plaintiff needs additional
13 time to serve him with these documents so that he will produce the
14 necessary records to determine the amounts due.

15     4.   It is requested that the Court continue the Case
16 Management Conference some sixty days hence.

17     5.   Good cause exists to grant plaintiffs' request for a
18 continuance of the Case Management Conference currently set for
19 November 2, 2007 to January 4, 2008 to allow the parties time to
20 settle this case and avoid any unnecessary burden to the Court.

21     I declare under penalty of perjury that the foregoing is
22 true and correct to the best of my knowledge.

23     Executed on October 29, 2007 at San Francisco, California.

24
25                            /s/ Michael J. Carroll
                            Michael J. Carroll
26
27
28

DECLARATION OF ATTY MICHAEL J. CARROLL IN SUPP OF PLNTFS' EX PARTE APPL FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE    2

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On October 29, 2007 I served the DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Michel J. McFarlane
MCFarlane & Sons, Inc.
1405 Railroad Avenue
San Mateo, CA 94402

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on October 29, 2007 at San Francisco, California.

                                              /s/Sharon Eastman
                                                Sharon Eastman