ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al. | ) ) ) | NO. C 07 3851 JSW |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER TO CONTINUE CASE <u>MANAGEMENT CONFERENCE</u> |
| MCFARLANE & SONS, INC., a California corporation | ) ) ) | |
| Defendant. | ) ) | |

        IT IS ORDERED that the Case Management Conference in this

case originally set for October 29, 2007 be continued to January 4,

2007 at 4:00 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue,

San Francisco, CA.

Dated:_____      _____
                              Honorable Jeffrey S. White