```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiff
 5

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  BOARD OF TRUSTEES OF THE SHEET   )   NO. C 07 3851 JSW
    METAL WORKERS, et al.            )
12                                   )
                Plaintiff,           )
13                                   )   ORDER TO CONTINUE CASE
            vs.                      )   MANAGEMENT CONFERENCE
14                                   )
    MCFARLANE & SONS, INC., a        )
15  California corporation           )
                                     )
16              Defendant.           )
    _____)
17

18       IT IS ORDERED that the Case Management Conference in this

19  case originally set for November 2, 2007 be continued to January 4,

20  2008 at 4:00 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue,

21  San Francisco, CA.

22  Dated: October 29, 2007          _____
                                       Honorable Jeffrey S. White
23
```

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE            1