1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE SHEET    )    NO. C 07 3851 JSW
   METAL WORKERS, et al.             )
12                                   )    **AMENDED**
                      Plaintiff,     )
13                                   )    ORDER TO CONTINUE CASE
              vs.                    )    MANAGEMENT CONFERENCE
14                                   )
   MCFARLANE & SONS, INC., a         )
15 California corporation            )
                                     )
16                    Defendant.     )
   _____)
17

18         IT IS ORDERED that the Case Management Conference in this
                              November 2, 2007
19 case originally set for ~~October 29, 2007~~ be continued to January 4,
        2008 at 1:30 p.m.
20 ~~2007 at 4:00 p.m.~~ in Courtroom 2, 17th Floor, 450 Golden Gate Avenue,

21 San Francisco, CA.

22 Dated: October 30, 2007                    _____
                                              Honorable Jeffrey S. White
23

24

25

26

27

28