```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.<br><br>           Plaintiffs,<br><br>     vs.<br><br>MCFARLANE & SONS, INC., a California corporation<br><br>           Defendant. | NO.  C 07 3851 JSW<br><br>EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

Plaintiffs, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE, hereby apply ex parte for an order to continue the Case Management Conference from January 4, 2007 to March 14, 2008.

This ex parte application is based upon the Declaration of Attorney Michael J. Carroll filed herewith.

Dated: December 28, 2007

```
                              Respectfully submitted,

                              ERSKINE & TULLEY

                              By:/s/ Michael J. Carroll
                                 Michael J. Carroll
                                 Attorneys for Plaintiffs
```

EX PARTE APPLCTN FOR ORDER TO CONTINUE CASE MGMT CONFERENCE      1