```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>MCFARLANE & SONS, INC., a California corporation<br><br>　　　　　　Defendant. | NO.  C 07 3851 JSW<br><br>DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

I, MICHAEL J. CARROLL, certify:

1. I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiffs, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE, in this action. I am duly admitted to practice law in the United States District Court, Northern District of California. If called as a witness, I could and would competently testify as follows:

2. Service was accomplished upon the only party in this case on August 10, 2007. No responsive pleading was filed.

3. On September 27, 2007 the Court entered the default of defendant. Plaintiff could not proceed to obtain a judgment because the amount due was unknown. A subpoena to produce documents was served on defendant November 5, 2007. The production date was November 26, 2007. Defendant did not appear or produce any records.

4. Plaintiff is requesting a hearing be set for an Order to Show Cause In Re Contempt.

5. It is requested that the Court continue the Case Management Conference some sixty days hence.

6. Good cause exists to grant plaintiffs' request for a continuance of the Case Management Conference currently set for January 4, 2008 to March 14, 2008 to allow time for a hearing on the contempt motion.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 28, 2007 at San Francisco, California.

                                                   /s/ Michael J. Carroll
                                                      Michael J. Carroll

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On December 28, 2007 I served the DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Michel J. McFarlane
MCFarlane & Sons, Inc.
1405 Railroad Avenue
San Mateo, CA 94402

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on December 28, 2007 at San Francisco, California.

                                        /s/Sharon Eastman
                                          Sharon Eastman