1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE SHEET     )     NO. C 07 3851 JSW
   METAL WORKERS, et al.              )
12                                    )
                      Plaintiff,      )
13                                    )     ORDER TO CONTINUE CASE
            vs.                       )     MANAGEMENT CONFERENCE
14                                    )
   MCFARLANE & SONS, INC., a          )
15 California corporation             )
                                      )
16                    Defendant.      )
   _____)
17

18         IT IS ORDERED that the Case Management Conference in this

19 case originally set for January 4, 2008 be continued to March 14, 2007

20 at 4:00 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San

21 Francisco, CA.

22 Dated:_____       _____
                                  Honorable Jeffrey S. White
23

24

25

26

27

28

   ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE        1