1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE SHEET        )     NO. C 07 3851 JSW
   METAL WORKERS, et al.                 )
12                                       )
                         Plaintiff,      )
13                                       )     ORDER TO CONTINUE CASE
               vs.                       )     MANAGEMENT CONFERENCE
14                                       )
   MCFARLANE & SONS, INC., a             )
15 California corporation                )
                                         )
16                       Defendant.      )
   _____)
17

18          IT IS ORDERED that the Case Management Conference in this

19 case originally set for January 4, 2008 be continued to March 14, 2007

20 at 4:00 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San

21 Francisco, CA.

22 Dated: January 2, 2008                _____
                                         Honorable Jeffrey S. White
23

24

25

26

27

28

   ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE          1