UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA

        Plaintiff(s),　　　　　　　　　　No. C 07-03851 JSW

  v.　　　　　　　　　　　　　　　　**CLERK'S NOTICE**

MCFARLANE AND SONS INC.

        Defendant(s).
_____/

YOU ARE HEREBY NOTIFIED the Case Management Conference now scheduled for March 14, 2008 will be heard at **1:30 p.m.** not 4:00 p.m. as stated on the submitted proposed order. A joint case management statement shall be due on or before March 7, 2008.

                                           Richard W. Wieking
                                           Clerk, United States District Court

                                           By:_____
                                           Jennifer Ottolini, Deputy Clerk
                                           Honorable Jeffrey S. White
                                           (415) 522-4173

Dated: January 2, 2008