```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431

Attorney for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> McFARLANE & SONS, INC., a California corporation <br><br> Defendant. | NO. C 07 3851 JSW <br><br> PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA <br><br> Date: February 22, 2008 <br> Time: 9:00 a.m. |

TO MIKE McFARLANE, CUSTODIAN OF RECORDS OF DEFENDANT, McFARLANE & SONS, INC., a California corporation:

PLEASE TAKE NOTICE that on Friday, February 22, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Jeffrey S. White, Judge of the United States District Court, Northern District of California, 450 Golden Gate Avenue, Courtroom 2, 17th Floor, San Francisco, California, plaintiffs, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE, will and do move this Court, pursuant to Rule 37 of the

1 Federal Rules of Civil Procedure, to issue an Order to Compel
2 Compliance with Subpoena.
3      This motion is made on the grounds that Mike McFarlane,
4 Custodian of Records of Defendant has failed to comply with a
5 subpoena. Defendant has a contractual obligation to pay contributions
6 to the SHEET METAL WORKERS OF NORTHERN CALIFORNIA TRUST FUNDS and has
7 failed to properly pay on behalf of covered employees in a timely
8 manner. This motion is based upon this Notice and the Declaration of
9 Michael J. Carroll in support of this motion, and such further oral
10 or documentary evidence as may be presented at the hearing of this
11 motion.
12      Dated: January 3, 2008
13                              Respectfully submitted,
14                              ERSKINE & TULLEY
15
16                              By: /s/ Michael J. Carroll
                                    Michael J. Carroll
17                                  Attorneys for Plaintiffs

PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA

2

<u>PROOF OF SERVICE BY MAIL</u>

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On January 3, 2008, I served the within PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA, DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA, PROPOSED ORDER TO COMPEL COMPLIANCE WITH SUBPOENA on defendant's custodian of records in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, CA, addressed as follows:

Mike McFarlane
McFarlane & Sons, Inc.
1405 S. Railroad
San Mateo, CA 94402

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on January 3, 2008 at San Francisco, CA.

/s/ Sharon Eastman