```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431

Attorney for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> McFARLANE & SONS, INC., a California corporation, <br><br> Defendant. | NO. C 07 3851 JSW <br><br> DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA |

I, MICHAEL J. CARROLL, declare:

1. I am one of the attorneys for plaintiffs in this action and can testify from my personal knowledge regarding each and every fact set forth below.

2. A Subpoena in a Civil Case was issued by my office on October 30, 2007 which ordered Mike McFarlane as Custodian of Records of Defendant, McFarlane & Sons, Inc., a California corporation to appear at my office on November 26, 2007 and produce various records for examination. See Exhibit 1 attached hereto. This Subpoena along with a Notice of Taking Deposition of a Party Including Notice to Produce Documents was served on Mike McFarlane on November 5, 2007.

1  See Exhibit 2 attached hereto.
2        3.   Mr. McFarlane did not appear on November 26, 2007.
3        4.   Plaintiffs are unable to determine the amounts due in
4  this case without defendant's custodian of records producing the
5  requested information.
6        5.   Plaintiffs request that the Court issue an Order to
7  Compel Compliance with Subpoena.
8        I declare under penalty of perjury that the foregoing is
9  true and correct.
10       Executed on January 3, 2007 at San Francisco, California.

                                    /s/ Michael J. Carroll
                                    MICHAEL J. CARROLL

DECL. OF MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA
2