AO 88 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE SHEET METAL
WORKERS HEALTH CARE PLAN, et al.
V.
MCFARLANE & SONS, INC., a California corporation

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: C 07 3851 JSW

TO: MIKE MCFARLANE, Custodian of Records of Defendant, MCFARLANE & SONS, INC., a California corporation

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | |
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| ERSKINE & TULLEY<br>220 Montgomery Street, Suite 303, San Francisco, CA 94104 | November 26, 2007<br>11:00 a.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Completed Sheet Metal Workers Trust Funds monthly reporting forms for the months of May 2007 through October 2006 on Employers #354250/333. The completed monthly reports should list each employee, their social security number, total hours worked and amount of contributions due for each month for each employee.

| PLACE | DATE AND TIME |
|---|---|
|  | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>*[signature]* Attorneys for Plaintiffs | DATE<br>October 30, 2007 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael J. Carroll, ERSKINE & TULLEY, 220 Montgomery Street, Suite 303, San Francisco, CA 94104, (415) 392-5431

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)