```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MCFARLANE & SONS, INC., a California corporation <br><br> Defendant. | NO. C 07 3851 JSW <br><br> NOTICE OF TAKING OF DEPOSITION OF A PARTY INCLUDING NOTICE TO PRODUCE DOCUMENTS <br> [F.R.C.P. Rules 30(b)(1) 30(b)(5)] |

TO: MIKE MCFARLANE, Custodian of Records of Defendant, MCFARLANE & SONS, INC., a California corporation

PLEASE TAKE NOTICE that plaintiffs, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE, will take testimony on oral examination of MIKE MCFARLANE on November 26, 2007 at 11:00 a.m. before a Notary Public in and for the County of San Francisco, State of California, at 220 Montgomery Street, Suite 303, in the City of San Francisco, State of California.

Plaintiffs, BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA SHEET METAL WORKERS HEALTH CARE PLAN, SHEET METAL WORKERS PENSION

TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 162 VACATION, HOLIDAY SAVINGS PLAN; DUANE TURNER, TRUSTEE, hereby requests JEFF BUCHANAN to appear for the above-mentioned oral examination at the above-listed time and place, and requests her as Custodian of Records of defendant to produce and permit plaintiffs to copy and inspect at the above-mentioned oral examination at the above-listed time and place each of the following documents:

Payroll records and all time cards, check stubs and other records of defendant which show the number of employees of defendant, the number of straight time hours, overtime hours and gross pay of each of said employees covered by the collective bargaining agreement with Sheet Metal Workers Local Union No. 162 for the months of May 2007, June 2007, July 2007, August 2007, September 2007, and October 2007 on Employer Number 354250/333. The completed monthly reports should list each employee, their social security number, total hours worked for each month, class code and amount of contributions due for each month for each employee. All hire and termination dates should be listed.

Dated: October 30, 2007

ERSKINE & TULLEY
By: _____
Michael J. Carroll
Attorneys for Plaintiffs

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): MICHAEL J. CARROLL, ESQ #50246<br>ERSKINE & TULLEY, A PROFESSIONAL CORPORATION<br>220 MONTGOMERY ST., STE 303<br>SAN FRANCISCO CA 94104 | TELEPHONE NO.: 415-392-5431 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): | Ref. No. or File No.: MCFARLANE | |

Insert name of court and name of judicial district and branch court if any:

NORTHERN UNITED STATES DISTRICT COURT

PLAINTIFF:
DEFENDANT: BOARD OF TRUSTEES -V- MCFARLANE & SONS

| PROOF OF SERVICE | HEARING DATE: 11/26/2007 | HEARING TIME: 11:00AM | DEPT./DIV.: | CASE NUMBER: C 07 3851 JSW |
|---|---|---|---|---|

## PERSONAL SERVICE

**Instruction:** *After having the other party served with a copy of the document identified in item 1, attach a completed Proof of Service to the original or to a true copy of the original and give it to the clerk for filing. Neither the plaintiff nor the defendant can serve these papers.*

SUBPOENA IN A CIVIL CASE
NOTICE OF TAKING DEPOSITION OF A PARTY INCLUDING NOTICE TO PRODUCE DOCUMENTS
NOTICE TO PERSON BEING SUBPOENAED
BLANK REPORT
LETTER TO MIKE MCFARLANE

2. Person served (name):

MIKE MCFARLANE, CUSTODIAN OF RECORDS OF DEFENDANT, MCFARLANE & SONS, INC., A CALIFORNIA CORPORATION

3. By personally delivering copies to the person served, as follows:

   (1) Date: 11/5/2007    (2) Time: 10:50AM

   (3) Address: 1405 S. RAILROAD, SAN MATEO CA 94402

4. At the time of service I was at least 18 years of age and **not a party to this cause.**

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

6. Fee for Service: $100.00

JIM STACK PROCESS SERVERS
P.O. BOX 716
MILLBRAE, CA 94030
650-589-6663  #21 SAN MATEO CO.

24079

Date: 11/7/2007

JIM STACK
-------------------------------------------------
(TYPE OR PRINT NAME)

[ ] Exempt from registration under B&P 22350(b).
[X] Registered California process server.
[ ] Employee or independent contractor
(2) Registration No.: SAN MATEO/21
(3) County

(SIGNATURE)

PROOF OF SERVICE    BOARD OF TRUSTEES -V- MCFARLANE & SONS