ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., | NO. C 07 3851 JSW |
| Plaintiffs, | ORDER TO COMPEL COMPLIANCE WITH SUBPOENA |
| vs. | |
| McFARLANE & SONS, INC., a California corporation, | |
| Defendant. | |

IT IS ORDERED that Gus Fishburne as Custodian of Records of Defendant, McFARLANE & SONS, INC., a California corporation, comply with the Subpoena in a Civil Case issued by plaintiffs' attorney on February 22, 2008.  Failure to comply could result in the issuance of an Order to Show Case in Re Contempt.

Dated:_____          _____
                                    Judge Jeffrey S. White

ORDER TO COMPEL COMPLIANCE WITH SUBPOENA