1   ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
2   MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
3   San Francisco, CA  94104
    Telephone:  (415) 392-5431
4
    Attorneys for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

    BOARD OF TRUSTEES OF THE SHEET METAL)      NO. C 07 3851 JSW
12  WORKERS, et al.,                   )
                                       )        AMENDED
13                  Plaintiffs,        )        ORDER TO COMPEL
                                       )        COMPLIANCE WITH
14           vs.                       )        SUBPOENA
                                       )
15  McFARLANE & SONS, INC., a California)
    corporation,                       )
16                                     )
                    Defendant.         )
17  _____)

18

19          IT IS ORDERED that Mike McFarlane as Custodian of Records

20  of Defendant, McFARLANE & SONS, INC., a California corporation, comply

21  with the Subpoena in a Civil Case issued by plaintiffs' attorney on

22  February 22, 2008.  Failure to comply could result in the issuance of

23  an Order to Show Case in Re Contempt.

24  Dated:_____        _____
                                   Judge Jeffrey S. White
25

26

27

28


    AMENDED ORDER TO COMPEL COMPLIANCE WITH SUBPOENA