IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MCFARLANE AND SONS INC.,<br><br>Defendant. | No. C 07-03851 JSW<br><br>**ORDER OF REFERRAL** |

Pursuant to Northern District Civil Local Rule 72-1, Plaintiff's Motion to Compel Compliance with Supboena, and any further discovery related disputes, are HEREBY REFERRED to a randomly assigned Magistrate Judge for resolution. The hearing date of February 22, 2008 before this Court is VACATED.

**IT IS SO ORDERED.**

Dated: January 4, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE