UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>McFARLANE & SONS, INC., etc.,<br><br>    Defendant.<br>_____/ | No. C07-3851 JSW (EMC)<br><br>CLERK'S NOTICE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on **PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA** set for February 22, 2008 at 9:00 a.m. before Judge Jeffrey S. White is reset for **February 20, 2008 at 10:30 a.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Opposition shall be filed by January 30, 2008. Reply shall be filed by February 6, 2008.

Dated: January 8, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy