1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11

12 BOARD OF TRUSTEES OF THE SHEET    )   NO. C 07 3851 JSW(EMC)
   METAL WORKERS, et al.             )
13                                   )
                    Plaintiff,       )
14                                   )
           vs.                       )
15                                   )   PROOF OF SERVICE
   McFARLANE & SONS, INC., etc.      )
16                                   )
                                     )
17                  Defendant.       )
   _____)
18

19         I, SHARON EASTMAN, declare:

20         That I was at the time of service of the document herein

21 referred to over the age of eighteen years and not a party to the

22 within action.  On January 22, 2008 I served a copy of the court's

23 "CLERK'S NOTICE OF REFERENCE AND ORDER RE DISCOVERY PROCEDURES DATED

24 1/8/08 DOCUMENT 24 and PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH

25 SUBPOENA DATED 1/8/08 DOCUMENT 25" on the defendant by placing a true

26 copy thereof enclosed in a sealed envelope with postage thereon fully

27 prepaid, in the United States post office mail box at San Francisco,

28 California addressed as follows:

                          PROOF OF SERVICE
                                 1

1 | Mike McFarlane
McFarlane & Sons, Inc.
2 | 1405 S. Railroad
San Mateo, CA 94402
3
4   I declare under penalty of perjury that the foregoing is
true and correct.
5
  Executed on January 22, 2008 at San Francisco, California.
6
7
8           _____
          Sharon Eastman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> McFARLANE & SONS, INC., etc., <br><br> Defendant. | No. C07-3851 JSW (EMC) <br><br> **NOTICE OF REFERENCE AND ORDER RE DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Edward M. Chen for all discovery matters. Please be advised that if a specific motion was filed before the District Court **prior to this referral**, the noticed date may no longer be in effect. All hearing dates are subject to the availability of Judge Chen's calendar. Please contact the Courtroom Deputy, Betty Fong, at (415) 522-2034, to confirm or, if necessary, reschedule the hearing date. **Regardless of whether the Court reschedules the hearing date, all opposition and reply papers shall be timely filed according to the originally noticed hearing date, pursuant to Civil L. R. 7-3.**

LAW AND MOTION PROCEDURES

Civil law and motion is heard on Wednesday mornings at 10:30 a.m., Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California 94102. Motions to compel may be noticed without reserving a hearing date, subject to the Court's availability. Discovery motions may be addressed to the Court in three ways. A motion may be noticed on not less than thirty-five (35) days notice pursuant to Civil L. R. 7-2. Alternatively, any

1 | party may seek an order shortening time under Civil L. R. 6-3 if the circumstances justify that relief.
2 | In emergencies during discovery events, the Court is available pursuant to Civil L. R. 37-1(b). In
3 | the event a discovery dispute arises, counsel for the party seeking discovery shall in good faith
4 | confer **in person** with counsel for the party failing to make the discovery in an effort to resolve the
5 | dispute without court action, as required by Fed. R. Civ. P. 37 and Civil L. R. 37-1(a). The meeting
6 | must be **in person**, except where good cause is shown why a telephone meeting is adequate. A
7 | declaration setting forth these meet and confer efforts, and the final positions of each party, shall be
8 | included in the moving papers. The Court will not consider discovery motions unless the moving
9 | party has complied with Fed. R. Civ. P. 37 and Civil L. R. 37-1(a).

10 |     All filings of documents relating to motions referred to Magistrate Judge Chen shall list the
11 | civil case number and the District Court Judge's initials followed by the designation "(EMC)."

12 |     All documents shall be filed at the Clerk's Office in compliance with the Civil Local Rules.
13 | Documents not filed in compliance with those rules will not be considered by the Court.

14 |     At the time of filing of original papers with the clerk's office, the parties are required to
15 | submit two conformed copies of each document, one of which shall be designated **"EMC**
16 | **Chambers' Copy."** The chambers' copy shall be submitted on 3-hole punched paper.

17 |     **In all "E-Filing" cases, when filing papers that require the Court to take any action (e.g.**
18 | **motions, meet and confer letters, administrative requests), the parties shall, in addition to**
19 | **filing papers electronically, lodge with chambers a printed copy of the papers on three-hole**
20 | **punch paper (including all exhibits) by the close of the next court day following the day the**
21 | **papers are filed electronically. These printed copies shall be marked "EMC Chambers Copy"**
22 | **and shall be submitted to the Clerk's Office in an envelope clearly marked with the case**
23 | **number, "Magistrate Judge Edward M. Chen," and "E-Filing Chambers Copy." Parties shall**
24 | **not file a paper copy of any document with the Clerk's Office that has already been filed**
25 | **electronically. A proposed order in an E-Filing case must be emailed to**
26 | **emcpo@cand.uscourts.gov as a Word Processing attachment on the same day that it is E-Filed.**
27 | With permission, Chambers' copes of documents may be submitted on CD-ROM with hypertext
28 | links to exhibits.

1    In cases referred to Magistrate Judge Chen for discovery, if a party wishes to file a document under seal, that party shall first file a written request for a sealing order setting forth the good cause and accompanied by a proposed order, as provided by Civil L. R. 79-5.

Law and motion matters may be submitted without argument upon stipulation of the parties and notification of the Court no later than two (2) court days before the hearing. Pursuant to Civil L. R. 7-7(e), filed motions may be withdrawn without leave of the Court, within seven (7) days of the date for service of the opposition. Thereafter, leave of the Court must be sought.

**The failure of counsel or a party to abide by this Order may result in sanctions pursuant to Federal Rule of Civil Procedure 16(f).**

IT IS SO ORDERED.

Dated: January 8, 2008

EDWARD M. CHEN
United States Magistrate Judge

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., | No. C07-3851 JSW (EMC) |
| Plaintiffs, | |
| v. | CLERK'S NOTICE |
| McFARLANE & SONS, INC., etc., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on **PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA** set for February 22, 2008 at 9:00 a.m. before Judge Jeffrey S. White is reset for **February 20, 2008 at 10:30 a.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Opposition shall be filed by January 30, 2008. Reply shall be filed by February 6, 2008.

Dated: January 8, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy