```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.<br><br>            Plaintiffs,<br><br>     vs.<br><br>MCFARLANE & SONS, INC., a California corporation<br><br>            Defendant. | NO.  C 07 3851 JSW<br><br>EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

        Plaintiffs, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE, hereby apply <u>ex</u> <u>parte</u> for an order to continue the Case Management Conference from March 14, 2008 to May 16, 2008.

        This <u>ex</u> <u>parte</u> application is based upon the Declaration of Attorney Michael J. Carroll filed herewith.

        Dated: March 10, 2008

                              Respectfully submitted,

                              ERSKINE & TULLEY

                              By:<u>/s/ Michael J. Carroll</u>
                                  Michael J. Carroll
                                  Attorneys for Plaintiffs