1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
4
    Attorneys for Plaintiffs
5

6

7

8                     UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11

12

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., | NO.  C 07 3851 JSW |
| Plaintiffs, | DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | |
| MCFARLANE & SONS, INC., a California corporation | |
| Defendant. | |

19       I, MICHAEL J. CARROLL, certify:

20       1.   I am an attorney with the law firm of Erskine & Tulley,

21  A Professional Corporation, attorneys for plaintiffs, BOARD OF

22  TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN

23  CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA,

24  SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY

25  ASHER, TRUSTEE, in this action.  I am duly admitted to practice law

26  in the United States District Court, Northern District of California.

27  If called as a witness, I could and would competently testify as

28  follows:

1        2.   Service was accomplished upon the only party in this

2    case on August 10, 2007.  No responsive pleading was filed.

3        3.   On September 27, 2007 the Court entered the default of

4    defendant.  Plaintiff could not proceed to obtain a judgment because

5    the amount due was unknown.  A subpoena to produce documents was

6    served  on  defendant  November  5,  2007.   The  production  date  was

7    November 26, 2007.  Defendant did not appear or produce any records.

8        4.   Plaintiff requested an Order to Show Cause In Re

9    Contempt.  Judge Chen issued an alternative Order.  Last week the

10   Defendant substantially complied.  Defendant would like a payment

11   plan.  Plaintiffs will now either settle the case or proceed to file

12   a motion for default judgment a decision will be made by the end of

13   next week.

14       5.   It is requested that the Court continue the Case

15   Management Conference some sixty days hence.

16       6.   Good cause exists to grant plaintiffs' request for a

17   continuance of the Case Management Conference currently set for  March

18   14, 2008 to May 16, 2008 to allow time for a hearing on a  motion for

19   default judgment.

20       I declare under penalty of perjury that the foregoing is

21   true and correct to the best of my knowledge.

22       Executed on March 10, 2008 at San Francisco, California.

23

                   /s/ Michael J. Carroll

24                      Michael J. Carroll

25

26

27

28

1

2                                PROOF OF SERVICE BY MAIL

3    I am a citizen of the United States and employed in the City and

4    County of San Francisco, California.  I am over the age of eighteen

5    years and not a party to the within above entitled action; my business

6    address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104.

7    On March 10, 2008 I served the DECLARATION OF MICHAEL J. CARROLL IN

8    SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE

9    MANAGEMENT CONFERENCE on the defendant in said action, by placing a

10   true copy thereof enclosed in a sealed envelope with postage thereon

11   fully prepaid, in the United States post office mail box at San

12   Francisco, California, addressed as follows:

13   Michel J. McFarlane
     McFarlane & Sons, Inc.
14   1405 Railroad Avenue
     San Mateo, CA 94402

15   I, SHARON EASTMAN, certify (or declare), under penalty of perjury that

16   the foregoing is true and correct.

17   Executed on March 10, 2008 at San Francisco, California.

18

19
                                        /s/Sharon Eastman
20                                        Sharon Eastman

21

22

23

24

25

26

27

28