```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., | NO.  C 07 3851 JSW |
| Plaintiffs, | ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | |
| MCFARLANE & SONS, INC., a California corporation | |
| Defendant. | |

      IT IS ORDERED that the Case Management Conference in this case set for March 14, 2008 be continued to May 16, 2008 at 4:00 p.m. in Courtroom No. Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA  94102

Dated:_____           _____
                                                  Honorable Jeffrey S. White

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE