```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>MCFARLANE & SONS, INC., a California corporation<br><br>　　　　　　Defendant. | NO.  C 07 3851 JSW<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

　　　　IT IS ORDERED that the Case Management Conference in this case set for March 14, 2008 be continued to May 16, 2008 at **1:30 p.m.** ~~4:00 p.m.~~ in Courtroom No. Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA  94102

Dated: March 10, 2008　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Honorable Jeffrey S. White

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE