```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> McFARLANE & SONS, INC., a California corporation <br><br> Defendant. | NO.  C 07 3851 JSW <br><br> PLAINTIFFS' CASE MANAGEMENT STATEMENT <br><br> DATE: 5/16/08 <br> TIME: 1:30 p.m. |

Plaintiffs report the status of this case as follows:

The Parties agreed to the terms of a settlement which required two things to be done by the Defendant; provide one missing contribution report for the month of February 2006, and pay a substantial down payment. The former has not occurred; the latter has not.

If the report is received before the hearing date plaintiffs will prepare a Stipulation for Judgment providing for a payment plan; otherwise the parties should appear.

DATED: April 22, 2008                Respectfully submitted,

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION

By: _____
    Michael J. Carroll
    Attorneys for Plaintiff

PLAINTIFFS CASE MANAGEMENT STATEMENT

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On April 22, 2008 I served the within PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Michael J. McFarlane
McFarlane & Sons, Inc.
1405 Railroad Avenue
San Mateo, CA 94402

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2008 at San Francisco, CA.

*Sharon Eastman*
Sharon Eastman