1 **ERSKINE & TULLEY**
**A PROFESSIONAL CORPORATION**
2 **MICHAEL J. CARROLL (ST. BAR #50246)**
**220 Montgomery Street, Suite 303**
3 **San Francisco, CA  94104**
**Telephone:  (415) 392-5431**
4 **Facsimile:  (415) 392-1978**

5 Attorneys for Plaintiffs

8            UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

12 BOARD OF TRUSTEES OF THE SHEET METAL )   NO.  C 07 3851 JSW
   WORKERS, et al.,                    )
13                                     )   <u>STIPULATION FOR JUDGMENT</u>
                       Plaintiffs,     )
14                                     )
           vs.                         )
15                                     )
   McFARLANE & SONS, INC., etc.,       )
16                                     )
                       Defendant.      )
17 _____)

18         IT IS HEREBY STIPULATED and agreed by and between Plaintiffs

19 BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN

20 CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET

21 METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER,

22 TRUSTEE, through their attorneys, and defendant, McFARLANE & SONS, INC., a

23 California corporation, that plaintiffs have and recover judgment from

24 Defendant in the amount of $45,192.42, which is composed of the following:

25         a.    Contribution balances due and unpaid to Plaintiff Trust

26 Funds for certain months from March 2005 to August 2007, in the amount

27 of $26,891.36;

28         b.    Liquidated damages due and unpaid to the Plaintiff

STIPULATION FOR JUDGMENT                    1

1  Trust Funds for the months same period in the amount of $11,887.79;
2        c.  Interest due pursuant to contract in the amount of
3  $5,588.27;
4        d.  Attorneys fees due pursuant to contract in the amount
5  of $300.00; and
6        e.  Costs of suit incurred in this action in the amount of
7  $525.00.
8        IT IS FURTHER STIPULATED and agreed by the parties hereto
9  that an abstract of judgment will be recorded but execution will not
10 issue on the judgment so long as defendant fully complies with the
11 following conditions:
12       1.  Defendant shall make payments of all ongoing amounts
13 to become due to the SHEET METAL WORKERS OF NORTHERN CALIFORNIA TRUST
14 FUNDS pursuant to contract between defendant and Local Union 104 of
15 the Sheet Metal Workers' International Association for hours worked
16 by defendant's employees, commencing with payment for April 2008,
17 hours due on or before May 20, 2008 and continuing until the full
18 amount of this judgment is paid.  Each of said payments will be made
19 by check payable to SHEET METAL WORKERS TRUST FUNDS and sent to the
20 administrator Associated Third Party Administrators, 1640 South Loop
21 Road, Alameda, CA 94502.
22       2.  Defendant shall pay the amount of the contributions
23 under paragraph (a) in the amount of $26,891.36 in monthly installment
24 payments of $2,240.94.  The first installment is due June 5, 2008 and
25 each subsequent installment shall be paid on the 5th of the month.
26 Said installment payments will be made by check payable to the SHEET
27 METAL WORKERS TRUST FUNDS and sent to the collection attorney, ERSKINE
28 & TULLEY, 220 Montgomery Street, Suite 303, San Francisco, California

94104, Attention: Michael Carroll.

3. Once the above amount of $26,891.36 is paid in full, the Ways & Means Committee for Plaintiff Trust Funds will review defendant's eligibility for a reduction of the liquidated damages, interest, attorneys' fees and costs owed as stated in paragraphs (b), (c), (d), and (e) above. If defendant is not eligible for a complete waiver of the amounts due under paragraphs (b), (c), (d), and (e), defendant shall make payment on the remaining balance of $18,301.06 in as many additional monthly installments of $2,240.94 as may be required to pay the full amount of the judgment, or such lesser sum agreed to by Plaintiff Trust Funds. The first payment would be due on June 5, 2009, with payments continuing each month thereafter.

4. Plaintiffs and Defendant each understand and agree that any modification of payments must be made in writing and agreed to by both the Plaintiffs and the Defendant.

IT IS FURTHER STIPULATED AND AGREED by the parties hereto that upon failure of the Defendant to make any of their monthly contribution payments pursuant to the collective bargaining agreement as set forth in paragraph 1 above, and the monthly installment payments in a timely manner as required pursuant to the terms of paragraphs 2 and 3 of this stipulation, execution on the entire judgment in the amount of $45,192.42 reduced by any offsets for payments made, shall issue only after ten (10) days written notice to the Defendant that Plaintiffs or Plaintiffs' attorney declares a default and intends to file a Declaration stating that a default has occurred on the part of the defendant. Defendant waives notice of any hearing held by the court upon the earlier execution of this judgment or Plaintiffs' declaration.

1  This judgment shall cover only the amounts paid pursuant to
2 this stipulated judgment which is based on reports prepared by the
3 defendant.  The judgment does not include any unknown amounts due to
4 the Plaintiffs for the months set forth at (a) on page one, which may
5 be discovered at a later date, and specifically does not waive the
6 right of the Trust Funds to audit the employer for that time period
7 and collect any additional monies found delinquent as a result of an
8 audit.
9  Defendant is not represented by counsel and has been advised
10 to seek the advice of counsel before signing this Stipulation for
11 Judgment.
12  IN WITNESS WHEREOF, plaintiffs' attorney and defendant have
13 executed this Stipulation for Judgment.

14 Dated: May 9, 2008          McFARLANE & SONS, INC., a California corporation

                              By: /s/Michael J. McFarlane
16                            Print Name: Michael J. McFarlane
                              Corporate Title: President

Dated: May 9, 2008            ERSKINE & TULLEY
18                            A PROFESSIONAL CORPORATION

                              By: /s/Michael J. Carroll
20                                Michael J. Carroll
                                  Attorneys for Plaintiffs

STIPULATION FOR JUDGMENT                4