ERSKI
NE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., | NO.  C 07 3851 JSW |
| Plaintiffs, | JUDGMENT PURSUANT TO STIPULATION |
| vs. | |
| McFARLANE & SONS, INC., etc., | |
| Defendant. | |

It appearing that Plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE, through their attorneys, and defendant, McFARLANE & SONS, INC., a California corporation, have entered into a stipulation which provides for judgment against defendant in the amount of $45,192.42,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE,

have and recover judgment against McFARLANE & SONS, INC., a California corporation, in the amount of $45,192.42, which amount is composed of the following:

a.    Contribution balances due and unpaid to Plaintiff Trust Funds for certain months from March 2005 to August 2007, in the amount of $26,891.36;

b.    Liquidated damages due and unpaid to the Plaintiff Trust Funds for the months same period in the amount of $11,887.79;

c.    Interest due pursuant to contract in the amount of $5,588.27;

d.    Attorneys fees due pursuant to contract in the amount of $300.00; and

e.    Costs of suit incurred in this action in the amount of $525.00.

IT IS FURTHER ORDERED AND ADJUDGED that an abstract of judgment will be recorded but execution will not issue on the judgment so long as defendant fully complies with the following conditions:

1.    Defendant shall make payments of all ongoing amounts to become due to the SHEET METAL WORKERS OF NORTHERN CALIFORNIA TRUST FUNDS pursuant to contract between defendant and Local Union 104 of the Sheet Metal Workers' International Association for hours worked by defendant's employees, commencing with payment for April 2008, hours due on or before May 20, 2008 and continuing until the full amount of this judgment is paid.  Each of said payments will be made by check payable to SHEET METAL WORKERS TRUST FUNDS and sent to the administrator Associated Third Party Administrators, 1640 South Loop Road, Alameda, CA 94502.

2.    Defendant shall pay the amount of the contributions

1   under paragraph (a) in the amount of $26,891.36 in monthly installment

2   payments of $2,240.94.  The first installment is due June 5, 2008 and

3   each subsequent installment shall be paid on the 5th of the month.

4   Said installment payments will be made by check payable to the SHEET

5   METAL WORKERS TRUST FUNDS and sent to the collection attorney, ERSKINE

6   & TULLEY, 220 Montgomery Street, Suite 303, San Francisco, California

7   94104, Attention: Michael Carroll.

8        3.   Once the above amount of $26,891.36 is paid in full,

9   the Ways & Means Committee for Plaintiff Trust Funds will review

10  defendant's eligibility for a reduction of the liquidated damages,

11  interest, attorneys' fees and costs owed as stated in paragraphs (b),

12  (c), (d), and (e) above.  If defendant is not eligible for a complete

13  waiver of the amounts due under paragraphs (b), (c), (d), and (e),

14  defendant shall make payment on the remaining balance of $18,301.06

15  in as many  additional monthly installments of $2,240.94 as may be

16  required to pay the full amount of the judgment, or such lesser sum

17  agreed to by Plaintiff Trust Funds.  The first payment would be due

18  on June 5, 2009, with payments continuing each month thereafter.

19       4.  Plaintiffs and Defendant each understand and agree that

20  any modification of payments must be made in writing and agreed to by

21  both the Plaintiffs and the Defendant.

22       IT IS FURTHER ORDERED AND ADJUDGED that upon failure of the

23  Defendant to make any of their monthly contribution payments pursuant

24  to the collective bargaining agreement as set forth in paragraph 1

25  above, and the monthly installment payments in a timely manner as

26  required pursuant to the terms of paragraphs 2 and 3 of this

27  stipulation, execution on the entire judgment in the amount of

28  $45,192.42 reduced by any offsets for payments made, shall issue only

1   after ten (10) days written notice to the Defendant that Plaintiffs

2   or Plaintiffs' attorney declares a default and intends to file a

3   Declaration stating that a default has occurred on the part of the

4   defendant.  Defendant waives notice of any hearing held by the court

5   upon the earlier execution of this judgment or Plaintiffs'

6   declaration.

7           This judgment shall cover only the amounts paid pursuant to

8   this stipulated judgment which is based on reports prepared by the

9   defendant.  The judgment does not include any unknown amounts due to

10  the Plaintiffs for the months set forth at (a) on page one, which may

11  be discovered at a later date, and specifically does not waive the

12  right of the Trust Funds to audit the employer for that time period

13  and collect any additional monies found delinquent as a result of an

14  audit.

15  Dated: _____          _____

16                                       Honorable Jeffrey S. White

17

18

19

20

21

22

23

24

25

26

27

28