**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   BOARD OF TRUSTEES OF THE SHEET
    METAL WORKERS HEALTH CARE PLAN
10  OF NORTHERN CALIFORNIA,                    No. C 07-03851 JSW

11              Plaintiff,

12      v.                                     **ORDER RE STIPULATION FOR
                                               JUDGMENT**
13  MCFARLANE AND SONS INC.,

14              Defendant.
                                          /
15

16          The Court has received the Stipulation for Judgment submitted by Plaintiffs and signed

17  by Defendant on May 9, 2008.  It appears that Defendant is not represented by counsel.

18  Although the Court has no desire to upset the agreement reached, Defendant is a corporation

19  and cannot represent itself. *See Rowland v. California Men's Colony,* 506 U.S. 194, 201-02

20  (1993); Civil Local Rule 3-9(b).  Accordingly, the Court cannot enter the stipulated judgment to

21  the extent it pertains to Defendant.  As such, this matter will remain on the Court's case

22  management calendar on May 16, 2008 at 1:30 p.m.  Plaintiffs shall serve a copy of this Order

23  on Defendant.

24          **IT IS SO ORDERED.**

25  Dated: May 13, 2008                        _____
                                               JEFFREY S. WHITE
26                                             UNITED STATES DISTRICT JUDGE

27

28