```
 1  ERSKI
    NE & TULLEY
 2  A PROFESSIONAL CORPORATION
    MICHAEL J. CARROLL (ST. BAR #50246)
 3  220 Montgomery Street, Suite 303
    San Francisco, CA  94104
 4  Telephone:  (415) 392-5431
    Facsimile:  (415) 392-1978
 5
    Attorneys for Plaintiffs
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA
10
11
12  BOARD OF TRUSTEES OF THE SHEET METAL )   NO.  C 07 3851 JSW
    WORKERS, et al.,                     )
13                                       )   FIRST AMENDED
                      Plaintiffs,        )   JUDGMENT PURSUANT TO
14                                       )   STIPULATION
              vs.                        )
15                                       )
    McFARLANE & SONS, INC., etc.,        )
16                                       )
                      Defendant.         )
17  _____)
```

18         It appearing that Plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL

19  WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION

20  TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION,

21  HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE, and defendant, McFARLANE &

22  SONS, INC., a California corporation, through their attorneys, have entered

23  into a stipulation which provides for judgment against defendant in the

24  amount of $45,192.42,

25         IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs BOARD OF

26  TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA,

27  SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL

28  WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE,

**FIRST AMENDED JUDGMENT PURSUANT TO STIPULATION   1**

1  have and recover judgment against McFARLANE & SONS, INC., a California
2  corporation, in the amount of $45,192.42, which amount is composed of the
3  following:
4       a.   Contribution balances due and unpaid to Plaintiff Trust
5  Funds for certain months from March 2005 to August 2007, in the amount
6  of $26,891.36;
7       b.   Liquidated damages due and unpaid to the Plaintiff
8  Trust Funds for the months same period in the amount of $11,887.79;
9       c.   Interest due pursuant to contract in the amount of
10 $5,588.27;
11      d.   Attorneys fees due pursuant to contract in the amount
12 of $300.00; and
13      e.   Costs of suit incurred in this action in the amount of
14 $525.00.
15      IT IS FURTHER ORDERED AND ADJUDGED that an abstract of
16 judgment will be recorded but execution will not issue on the judgment
17 so long as defendant fully complies with the following conditions:
18      1.   Defendant shall make payments of all ongoing amounts
19 to become due to the SHEET METAL WORKERS OF NORTHERN CALIFORNIA TRUST
20 FUNDS pursuant to contract between defendant and Local Union 104 of
21 the Sheet Metal Workers' International Association for hours worked
22 by defendant's employees, commencing with payment for April 2008,
23 hours due on or before May 20, 2008 and continuing until the full
24 amount of this judgment is paid.  Each of said payments will be made
25 by check payable to SHEET METAL WORKERS TRUST FUNDS and sent to the
26 administrator Associated Third Party Administrators, 1640 South Loop
27 Road, Alameda, CA 94502.
28      2.   Defendant shall pay the amount of the contributions

FIRST AMENDED JUDGMENT PURSUANT TO STIPULATION   2

under paragraph (a) in the amount of $26,891.36 in monthly installment payments of $2,240.94. The first installment is due June 5, 2008 and each subsequent installment shall be paid on the 5th of the month. Said installment payments will be made by check payable to the SHEET METAL WORKERS TRUST FUNDS and sent to the collection attorney, ERSKINE & TULLEY, 220 Montgomery Street, Suite 303, San Francisco, California 94104, Attention: Michael Carroll.

3. Once the above amount of $26,891.36 is paid in full, the Ways & Means Committee for Plaintiff Trust Funds will review defendant's eliqibility for a reduction of the liquidated damages, interest, attorneys' fees and costs owed as stated in paragraphs (b), (c), (d), and (e) above. If defendant is not eligible for a complete waiver of the amounts due under paragraphs (b), (c), (d), and (e), defendant shall make payment on the remaining balance of $18,301.06 in as many additional monthly installments of $2,240.94 as may be required to pay the full amount of the judgment, or such lesser sum agreed to by Plaintiff Trust Funds. The first payment would be due on June 5, 2009, with payments continuing each month thereafter.

4. Plaintiffs and Defendant each understand and agree that any modification of payments must be made in writing and agreed to by both the Plaintiffs and the Defendant.

IT IS FURTHER ORDERED AND ADJUDGED that upon failure of the Defendant to make any of their monthly contribution payments pursuant to the collective bargaining agreement as set forth in paragraph 1 above, and the monthly installment payments in a timely manner as required pursuant to the terms of paragraphs 2 and 3 of this stipulation, execution on the entire judgment in the amount of $45,192.42 reduced by any offsets for payments made, shall issue only

FIRST AMENDED JUDGMENT PURSUANT TO STIPULATION   3

1 after ten (10) days written notice to the Defendant that Plaintiffs
2 or Plaintiffs' attorney declares a default and intends to file a
3 Declaration stating that a default has occurred on the part of the
4 defendant.  Defendant waives notice of any hearing held by the court
5 upon the earlier execution of this judgment or Plaintiffs'
6 declaration.

7     This judgment shall cover only the amounts paid pursuant to
8 this stipulated judgment which is based on reports prepared by the
9 defendant.  The judgment does not include any unknown amounts due to
10 the Plaintiffs for the months set forth at (a) on page one, which may
11 be discovered at a later date, and specifically does not waive the
12 right of the Trust Funds to audit the employer for that time period
13 and collect any additional monies found delinquent as a result of an
14 audit.

15 Dated: _____      _____
    Honorable Jeffrey S. White

**FIRST AMENDED JUDGMENT PURSUANT TO STIPULATION**    4