1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8
                      UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12
   BOARD OF TRUSTEES OF THE SHEET    )    NO. C 07 3851 JSW
13 METAL WORKERS, et al.              )
                                      )
14              Plaintiff,            )
                                      )
15         vs.                        )
                                      )    PROOF OF SERVICE
16 McFARLANE & SONS, INC., etc        )
                                      )
17              Defendant.            )
   _____)
18

19         I, SHARON EASTMAN, declare:

20         That I was at the time of service of the document herein

21 referred to over the age of eighteen years and not a party to the

22 within action.  On May 15, 2008 I served a copy of the court's

23 "CLERK'S NOTICE OF REFERENCE DATED 5/15/08 DOCUMENT 38" on the

24 defendant by placing a true copy thereof enclosed in a sealed envelope

25 with postage thereon fully prepaid, in the United States post office

26 mail box at San Francisco, California addressed as follows:

27 ////

28 ////

                           PROOF OF SERVICE
                                  1

1  Michael J. McFarlane
   McFarlane & Sons, Inc.
2  1405 Railroad Avenue
   San Mateo, CA 94402
3
4       I declare under penalty of perjury that the foregoing is
   true and correct.
5
        Executed on May 15, 2008 at San Francisco, California.
6
7                              *[signature]*
8                              Sharon Eastman

1  ERSKINE & TULLEY
2  A PROFESSIONAL CORPORATION
   MICHAEL J. CARROLL (ST. BAR #50246)
3  220 Montgomery Street, Suite 303
   San Francisco, CA  94104
4  Telephone:  (415) 392-5431
   Facsimile:  (415) 392-1978
5
   Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

12 BOARD OF TRUSTEES OF THE SHEET METAL )   NO.  C 07 3851 JSW
   WORKERS, et al.,                     )
13                                      )   **FIRST AMENDED**
                      Plaintiffs,       )   **JUDGMENT PURSUANT TO**
14                                      )   **STIPULATION**
            vs.                         )
15                                      )
   McFARLANE & SONS, INC., etc.,        )
16                                      )
                      Defendant.        )
17 _____)

18         It appearing that Plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL
19 WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION
20 TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION,
21 HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE, and defendant, McFARLANE &
22 SONS, INC., a California corporation, through their attorneys, have entered
23 into a stipulation which provides for judgment against defendant in the
24 amount of $45,192.42,
25         IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs BOARD OF
26 TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA,
27 SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL
28 WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE,

FIRST AMENDED JUDGMENT PURSUANT TO STIPULATION    1

have and recover judgment against McFARLANE & SONS, INC., a California corporation, in the amount of $45,192.42, which amount is composed of the following:

    a.    Contribution balances due and unpaid to Plaintiff Trust Funds for certain months from March 2005 to August 2007, in the amount of $26,891.36;

    b.    Liquidated damages due and unpaid to the Plaintiff Trust Funds for the months same period in the amount of $11,887.79;

    c.    Interest due pursuant to contract in the amount of $5,588.27;

    d.    Attorneys fees due pursuant to contract in the amount of $300.00; and

    e.    Costs of suit incurred in this action in the amount of $525.00.

IT IS FURTHER ORDERED AND ADJUDGED that an abstract of judgment will be recorded but execution will not issue on the judgment so long as defendant fully complies with the following conditions:

    1.    Defendant shall make payments of all ongoing amounts to become due to the SHEET METAL WORKERS OF NORTHERN CALIFORNIA TRUST FUNDS pursuant to contract between defendant and Local Union 104 of the Sheet Metal Workers' International Association for hours worked by defendant's employees, commencing with payment for April 2008, hours due on or before May 20, 2008 and continuing until the full amount of this judgment is paid. Each of said payments will be made by check payable to SHEET METAL WORKERS TRUST FUNDS and sent to the administrator Associated Third Party Administrators, 1640 South Loop Road, Alameda, CA 94502.

    2.    Defendant shall pay the amount of the contributions

under paragraph (a) in the amount of $26,891.36 in monthly installment payments of $2,240.94. The first installment is due June 5, 2008 and each subsequent installment shall be paid on the 5th of the month. Said installment payments will be made by check payable to the SHEET METAL WORKERS TRUST FUNDS and sent to the collection attorney, ERSKINE & TULLEY, 220 Montgomery Street, Suite 303, San Francisco, California 94104, Attention: Michael Carroll.

   3. Once the above amount of $26,891.36 is paid in full, the Ways & Means Committee for Plaintiff Trust Funds will review defendant's eligibility for a reduction of the liquidated damages, interest, attorneys' fees and costs owed as stated in paragraphs (b), (c), (d), and (e) above. If defendant is not eligible for a complete waiver of the amounts due under paragraphs (b), (c), (d), and (e), defendant shall make payment on the remaining balance of $18,301.06 in as many additional monthly installments of $2,240.94 as may be required to pay the full amount of the judgment, or such lesser sum agreed to by Plaintiff Trust Funds. The first payment would be due on June 5, 2009, with payments continuing each month thereafter.

   4. Plaintiffs and Defendant each understand and agree that any modification of payments must be made in writing and agreed to by both the Plaintiffs and the Defendant.

   IT IS FURTHER ORDERED AND ADJUDGED that upon failure of the Defendant to make any of their monthly contribution payments pursuant to the collective bargaining agreement as set forth in paragraph 1 above, and the monthly installment payments in a timely manner as required pursuant to the terms of paragraphs 2 and 3 of this stipulation, execution on the entire judgment in the amount of $45,192.42 reduced by any offsets for payments made, shall issue only

FIRST AMENDED JUDGMENT PURSUANT TO STIPULATION 3

after ten (10) days written notice to the Defendant that Plaintiffs or Plaintiffs' attorney declares a default and intends to file a Declaration stating that a default has occurred on the part of the defendant. Defendant waives notice of any hearing held by the court upon the earlier execution of this judgment or Plaintiffs' declaration.

This judgment shall cover only the amounts paid pursuant to this stipulated judgment which is based on reports prepared by the defendant. The judgment does not include any unknown amounts due to the Plaintiffs for the months set forth at (a) on page one, which may be discovered at a later date, and specifically does not waive the right of the Trust Funds to audit the employer for that time period and collect any additional monies found delinquent as a result of an audit.

Dated: May 15, 2008

Honorable Jeffrey S. White

The case management conference set for May 16, 2008 at 1:30 p.m. is VACATED. Plaintiffs shall serve a copy of this Judgment on Defendants. The Clerk is directed to close the file.

FIRST AMENDED JUDGMENT PURSUANT TO STIPULATION    4