```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> McFARLANE & SONS, INC., a California corporation <br><br> Defendants. | NO. C 07 3851 JSW <br><br> ORDER FOR REFERENCE TO MAGISTRATE JUDGE FOR JUDGMENT DEBTOR EXAM |

　　　　IT IS HEREBY ORDERED that plaintiffs' Exparte Application for Reference to Magistrate Judge for Judgment Debtor Exam is granted and this matter is referred to ~~Magistrate _____ for Hearing.~~ a randomly assigned Magistrate Judge for resolution.

Dated: April 29, 2009

_____
Honorable Jeffrey S. White

cc: Wings Hom

ORDER FOR REFERENCE TO MAGISTRATE JUDGE FOR JUDGMENT DEBTOR EXAM