```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al. | NO. C 07 3851 JSW(BZ) |
| Plaintiffs, | REQUEST FOR CONTINUANCE OF ORDER OF EXAMINATION; ORDER |
| vs. | |
| McFarlane & SONS, INC., etc,. et al. | |
| Defendant. | |

The parties needing more time to arrange a payment schedule, IT IS HEREBY REQUESTED that the Order of Examination of Mike McFarlane be continued from July 7, 2009 to August 11, 2009 at 9:00 a.m. Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco.

Date:   July 6, 2009

Respectfully submitted.
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION

By: /s/Michael J. Carroll
    Michael J. Carroll
    Attorneys for Plaintiffs

### ORDER

IT IS HEREBY ORDERED that the Order of Examination date be continued to August 11, 2009.

Dated: July 7, 2009

_____
Magistrate Judge Bernard Zimmerman

REQUEST FOR CONTINUANCE OF ORDER OF EXAMINATION                    1